**Therin Tracell MINCY, Plaintiff–
Appellant,**

v.

**RICHLAND COUNTY DETENTION
CENTER; Director Renaldo Myers;
Lt. M. Freely; Officer Lott, Defendants–Appellees.**

No. 13–7343.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 21, 2013.

Decided: Nov. 26, 2013.

Therin Tracell Mincy, Appellant Pro Se. Justin Tyler Bagwell, William Henry Davidson, II, Joel Steve Hughes, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellee Lott.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Therin Tracell Mincy appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mincy v. Richland Cnty. Det. Ctr.*, No. 4–12–cv–00741–MGL, 2013 WL 4018604 (D.S.C. Aug. 6, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*